■ In the Matter of GUSTAV J. SCHMIDT, Appellant, v ARTHUR J. FENNHAHN et al., Constituting the Town of Clay Zoning Board of Appeals, et al., Respondents.—Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Nicholson, J. (Appeal from Judgment of Supreme Court, Onondaga County, Nicholson, J.—Article 78.) Present—Denman, P. J., Boomer, Pine and Davis, JJ.

■ DAVID MASCIA, Appellant, v IMMACULATE HEART OF MARY ROMAN CATHOLIC CHURCH SOCIETY OF BUFFALO, Respondent and Third-Party Plaintiff. CVM ELECTRIC, INC., Third-Party Defendant-Respondent.—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Gorski, J. (Appeal from Order of Supreme Court, Erie County, Gorski, J.—Summary Judgment.) Present—Denman, P. J., Boomer, Pine, Lawton and Davis, JJ.